DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SERAFINA MARTELL,**
Appellant,

v.

**5021 NE 27TH AVE, LLC,** et al.,
Appellees.

No. 4D2025-1838

[May 21, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. 062023CA019021AXXXCE.

Terrence Patrick O'Connor of Morgan, Carratt & O'Connor, P.A., Fort Lauderdale, for appellant.

David William Rodstein of Miller, George & Suggs, PLLC, Coral Springs, for appellee 5021 NE 27th Ave, LLC.

No appearance for appellees Jorge Jimenez, Johanna Jimenez, Nextgear Capital, Inc., or Richard M. Capalbo.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***